UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21409-CV-MARTINEZ
(CASE NO. 04-20482-CR-MARTINEZ)
MAGISTRATE JUDGE REID

GERALDO GOMEZ,

    Movant,
v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## AMENDED REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

This matter is before the Court on a *sua sponte* review of the Undersigned's Report and Recommendation issued on March 17, 2021. [ECF No. 28]. The previously issued Report and Recommendation is hereby incorporated into this Amended Report and Recommendation in its entirety, with the exception that the section titled "**VII. Certificate of Appealability**" shall be amended to state as follows:

A prisoner seeking to appeal a district court's final order denying his motion to vacate has no absolute entitlement to appeal, and to do so, must obtain a certificate of appealability ("COA"). *See* 28 U.S.C. § 2253(c)(1); *see also Harbison v. Bell*, 556 U.S. 180, 183 (2009) (citing *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); *Wilkinson v. Dotson*, 544 U.S. 74, 78-83 (2005)). The Court should issue a COA only if Movant makes "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). Where a district court has rejected a movant's constitutional claims on the merits, a movant must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *See Slack*, 529 U.S.

at 473. However, when the district court has rejected a claim on procedural grounds, a movant must show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id*. Upon consideration of the record as a whole, this Court should deny a certificate of appealability.

Accordingly, it is **RECOMMENDED** that:

1. The Motion to Vacate [ECF No. 1] be **DENIED** on the merits;

2. Final Judgment be entered in favor of Respondent;

3. No Certificate of Appealability issue; and

4. The case **CLOSED** by the Clerk of Court.

Objections to this Report may be filed with the District Judge within fourteen days of receipt of a copy of the Report. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." *Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020) (quoting 11th Cir. R. 3-1 (2016)); *see also* 28 U.S.C. § 636(b)(1)(C).

**SIGNED** this 22nd day of March, 2021.

UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record via CM/ECF**;

**Geraldo Gomez**
71022-004
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521